UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LEWIS VERNORD BLAKELY,

        Petitioner,

   vs.

ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,

        Respondent.

_____/

1:07-cv-00884 LJO-TAG  (HC)

ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITION

(Doc. 18)

On February 25, 2008, Respondent filed an ex parte request for an extension of time to respond to Petitioner's petition for writ of habeas corpus.  (Doc. 18).  The Court has read and considered Respondent's request, finds that good cause exists to grant it, and makes the following order:

     1.  Respondent's request for an extension of time to file a response to Petitioner's petition for writ of habeas corpus is GRANTED; and

     2.  Respondent shall have to and including March 27, 2008 to file a response to the petition.

IT IS SO ORDERED.

Dated:   **February 27, 2008**                         _____
                                                                              **/s/ Theresa A. Goldner**
                                                                              UNITED STATES MAGISTRATE JUDGE