UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS VERNORD BLAKELY,<br><br>    Petitioner,<br><br>  vs.<br><br>ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,<br><br>    Respondent.<br>_____/ | 1:07-cv-00884 LJO TAG  (HC)<br><br>ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL<br><br>(Doc. 23) |

On March 31, 2008, Petitioner filed a motion for appointment of counsel. (Doc. 23). This is the second time that Petitioner has filed a motion for appointment of counsel. (Docs. 15, 17). There currently exists no absolute right to appointment of counsel in habeas proceedings. See e.g., Anderson v. Heinze, 258 F. 2d 479, 481 (1958); Mitchell v. Wyrick, 727 F.2d 773, 774 (8th Cir. 1984). However, Title 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Rules Governing Section 2254 Cases.

In the present case, the Court does not find that the interests of justice would be served by the appointment of counsel at the present time. Accordingly, IT IS HEREBY ORDERED that Petitioner's motion for appointment of counsel (Doc. 23) is DENIED.

IT IS SO ORDERED.

Dated: __March 31, 2008__                    /s/ Theresa A. Goldner
                                                         UNITED STATES MAGISTRATE JUDGE