UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS VERNORD BLAKELY,<br><br>  Petitioner,<br><br>  vs.<br><br>ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,<br><br>  Respondent.<br>_____/ | 1:07-cv-00884 LJO TAG  (HC)<br><br>ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE<br><br>(Doc. 24) |

On March 31, 2008, Petitioner filed a motion for a 90-day extension of time to file his traverse to Respondent's answer in this action. (Doc. 24). The Court has considered Petitioner's motion for an extension of time, and finds that good cause exists to grant it in part and to deny it in part, and makes the following order thereon:

   1. Petitioner's motion for an extension of time to file a traverse is GRANTED, but only for a period of thirty (30) days;

   2. Petitioner shall have to and including May 1, 2008 to file a traverse; and

   3. No further continuances will be granted in the absence of extraordinary circumstances.

Petitioner is advised that failure to comply with this order may result in an order dismissing the petition for writ of habeas corpus.

IT IS SO ORDERED.

Dated:   **March 31, 2008**                                              **/s/ Theresa A. Goldner**
                                                                          UNITED STATES MAGISTRATE JUDGE