IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEWIS VERNORD BLAKELY,

    Petitioner,

  v.

ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,

    Respondent.
_____/

No. C 07-00884 CW

ORDER DENYING CERTIFICATE OF APPEALABILITY

Petitioner filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 3, 2009, the Court entered judgment denying the petition. Petitioner has filed a notice of appeal and request for a certificate of appealability.

An appeal may not be taken to the court of appeals from the final order in a habeas corpus proceeding unless the petitioner first obtains a certificate of appealability. A court shall grant a certificate of appealability "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). "Where a district court has rejected the constitutional claims on the merits, the showing required to satisfy § 2253(c) is straightforward: the petitioner must demonstrate that reasonable jurists would find the district

court's assessment of the constitutional claims debatable or wrong." <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000). This requires an overview of the claims in the habeas petition and a general assessment of their merits. It does not require full consideration of the factual or legal bases adduced in support of the claims. <u>Miller-El v. Cockrell</u>, 537 U.S. 322, 336 (2003).

Petitioner seeks a certificate of appealability on all three claims he presented in his petition. For the reasons set forth in the Order Denying Petition for Writ of Habeas Corpus, none of these claims involves a substantial showing of the denial of a constitutional right. Petitioner's request for a certificate of appealability is DENIED.

The Clerk of the Court shall process the notice of appeal accordingly.

This Order terminates Docket No. 40.

IT IS SO ORDERED.

DATED: 4/27/09

CLAUDIA WILKEN
United States District Judge